IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **TARRIANCE DAVIS,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | **5:15-CV-234 (CAR)** |
| v. | : | |
| | : | |
| **CAROLYN W. COLVIN,** | : | |
| **Commissioner of Social Security,** | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## ORDER ON REPORT AND RECOMMENDATION

Before the Court is the United States Magistrate Judge's Report and Recommendation [Doc. 14] to reverse and remand the Commissioner's decision denying Plaintiff's application for disability benefits, finding him not disabled within the meaning of the Social Security Act and Regulations.  No timely Objection to the Recommendation has been filed, and this Court, having considered the matter, agrees with the findings and conclusion of the United States Magistrate Judge.   Thus, the Recommendation [Doc. 14] is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**.  As a result, the Commissioner's decision is **REVERSED and REMANDED** for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g),  in accordance with the Magistrate Judge's Recommendation.

**SO ORDERED,** this 9th day of June, 2016.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

CML